FRIEDA BRESLAW, Respondent, v. FANNY DANCYGER et al., Appellants, et al., Defendants.— Order unanimously reversed and the motion denied, without costs and without prejudice to the appointment of a permanent receiver in the event the Trial Justice deems it a proper remedy. The case having been set down for an early trial, there appears to be no necessity for the appointment of a temporary receiver under the present circumstances. Settle order. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of the Estate of NETTIE BOOKSTAVER, Deceased. WALTER T. HUGHES, JR., as Executor of NETTIE BOOKSTAVER, Deceased, Appellant; BURTON J. BOOKSTAVER et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See ante, p. 762.]

JACK LAIT et al., v. CROWN PUBLISHERS, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, with leave to the defendant to answer within ten days after service of a copy of the order, with notice of entry thereof, on payment of said costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See ante, p. 885.]

In the Matter of STUYVESANT TOWN CORPORATION et al., Respondents, against VINCENT R. IMPELLITTERI et al., Constituting the Board of Estimate of the City of New York, et al., Respondents. GLENN C. FOWLER et al., Appellants.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ. [See ante, p. 788.]

In the Matter of HAZEL BISHOP, Respondent. HAZEL BISHOP, INC., et al., Appellants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See ante, p. 887.]

In the Matter of MILTON M. BERGERMAN, Individually and as Chairman of the Citizens Union of the City of New York, Appellant, against JOHN A. BYRNES, as Chief Justice of the City Court of the City of New York, et al., Respondents. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See ante, p. 884.]

JANET W. LEVY v. 1165 PARK AVENUE CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See ante, p. 912.]

DINA STAUBER et al. v. CITY OF NEW YORK.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See ante, p. 889.]